ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAR 30 AM 9:49

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CARLOS SANCHEZ-RIVERA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 314-020 |
| ) | |
| STACY N. STONE, Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **ENTERS** a final judgment in favor of Respondent.

SO ORDERED this 30th day of March, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE