# United States District Court
## Southern District of Georgia

CARLOS SANCHEZ-RIVERA,

    Petitioner,

V.

STACY N. STONE, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV314-020

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 30, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the 2241 petition is DENIED, judgment is hereby ENTERED in favor of the Respondent, and this civil action stands CLOSED.

March 30, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk